UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL E. PEREZ GONZALEZ,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

25-CV-8978 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 29, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    December 8, 2025
           New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
            Chief United States District Judge

---

[1] In the October 29, 2025 order (ECF 5), the Court noted that Esther Perez was listed in the caption but had not signed the complaint, and the Court therefore treated the action as having been brought by Nathaniel Perez Gonzalez as the sole Plaintiff.